No. A–130. MOORE v. BLACKBURN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending appeal to the United States Court of Appeals for the Fifth Circuit. THE CHIEF JUSTICE would deny the application for stay.

No. A–186 (86–5426). BRODGON v. BLACKBURN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–557. IN RE DISBARMENT OF KEIDEN. Disbarment entered. [For earlier order herein, see 476 U. S. 1138.]

No. D–564. IN RE DISBARMENT OF HOLZER. It is ordered that Reginald Jack Holzer, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–565. IN RE DISBARMENT OF MCCLOSKEY. It is ordered that James Burns McCloskey, of Timonium, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–566. IN RE DISBARMENT OF FRAZIN. It is ordered that Barry Stephan Frazin, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–567. IN RE DISBARMENT OF KIRWAN. It is ordered that Joseph Kevin Kirwan, of St. Joseph, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.